Henderson, Judge
 

 I concur with the Judge, who tried this cause iu the Court below, and for the reasons given by him.
 

 The records of a Court, by which T understand the
 
 *315
 
 memorial of the proceedings of a Court of Record, upon a matter within its jurisdiction, whep offered .in evi-deuce, either in the same, or any other Court, cannot be impugned by counter evidence. The only question of fact, to be examined into
 
 dehors
 
 itself, if any is, is the thing, offered as a record, a memorial of the. judicial proceedings of the Court, as recognized by the. Court itself? If it is, there is an end to further enquiry as to the facts it affirms ; it is taken as verity itself. But this does not impeach the power of the Court, upon proper proceedings, instituted for that purpose, to examine into, ami ascertain, how that, which appears regularly upon their memorial, came there ; and ii found to have been improperly placed there, to expunge it from their proceedings. Tin’s power however, i¡Lc<íül!^i«!á&J;be Court' of which it purports to be*a rece sesses it ( unless acting in anpaslate capacity )-not even the Supreme, over the m |
 
 cumb
 
 v.
 
 Anderson,
 
 1
 
 Law Rep.
 
 466. Jones v.
 
 Zolli- coffer—Austin v. Rodman,
 
 1
 
 dy, ditto,
 
 ¿82). j*t pos-ipacfttW). (S
 
 lo-Hawks 71. Fisitte
 
 v.
 
 Gandy, auto. 282
 

 Per Curiam — Judgment affirtn